FILED

JAN 2 3 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Plaintiff: Lowell Q. Green #00518622

v.

Case No. SA23CA0107 FB

Defendant: Law Library Employee, Connally Unit, et al.

---

Please see Complaint Attached

1) SUPREME COURT HAS JURISDICTION v. USA, (:18-CV-513) (20-40268)

2) Federal Judicial Misconduct violating Congress (OATH), they have no such immunity and any attempt amounts to "TREASON" ART. VI, Magna Charta.

3) "NO" judge has the Authority to violate ARTILE VI OATH

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LOWELL QUINCY GREEN,

Plaintiff,

v.

Civil Action No. 1:22-cv-00353 (UNA)

UNITED STATES OF AMERICA,

Defendant.

$7.25 MILLION DOLLARS

4) FACTS: The FBI (has) all Documents. U.S. DEPT OF JUSTICE (DT689862/312) FACTS

## MEMORANDUM OPINION

5. This matter is before the court on its initial review of plaintiff's complaint, ECF No. 1, and application for leave to proceed *in forma pauperis* ("IFP"), ECF No. 2. The court will grant the IFP application and dismiss the complaint for reasons explained herein. (Lowell "DEQUINCY" GREEN),

4) FALSE IMPRISONMENT (19-10322)(3:18-CV-1454-M-BT)(DALLAS)

Plaintiff, a prisoner currently in the custody of the Texas Department of Criminal Justice, sues the United States. Preliminarily, the complaint is not captioned for this court, in contravention of Federal Rule 10(a). Moreover, the complaint is mostly illegible and incomprehensible. To the extent it can be understood, the complaint seemingly takes issue with the determinations in plaintiff's other cases, rendered by various federal trial and appellate courts. He seeks 7.25 million dollars in damages and demands that a [Ron Clark] federal judge in the United States District Court for the Eastern District of Texas "prove his words under the False Statement." Plaintiff faces several

"Contempt" hurdles that he cannot overcome. 18-40761 "Firearm or BB Handgun" 6:18-CV-1200 (Judge Ron Clark) 16-50522 FACT (6:15-CV-285) WR-82-491-02 (2012-7092

5) First, Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted

Return this copy David A O'Toole or Face (FBI) for "Treason" Lowell Green

so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). "When a 'complaint [] contains an untidy assortment of claims that are neither plainly nor concisely stated, nor meaningfully distinguished from bold conclusions, sharp harangues and personal comments [,]" it does not fulfill the requirements of Rule 8. *Jiggetts v. D.C.*, 319 F.R.D. 408, 413 (D.D.C. 2017), *aff'd sub nom. Cooper v. D.C.*, No. 17-7021, 2017 WL 5664737 (D.C. Cir. Nov. 1, 2017).

The instant complaint falls within this category. As previously noted, it is rambling, digressive, and disorganized. The intended causes of action are equivocal, and plaintiff fails to set forth allegations with respect to this court's jurisdiction over his entitlement to relief, if any.

Second, the federal government, and its agencies and instrumentalities, is absolutely immune from suit except to the extent that it expressly consents to suit. *Dalehite v. United States*, 346 U.S. 15, 30 (1953). Sovereign immunity bars a suit against the United States except upon consent, which must be clear and unequivocal. *United States v. Mitchell*, 445 U.S. 535, 538 (1980) (citation omitted). A waiver of sovereign immunity "must be unequivocally expressed in statutory text, and [it cannot] be implied." *Lane v. Pena*, 518 U.S. 187, 192 (1996) (citations omitted). Here, plaintiff has neither pleaded nor established that there has been any waiver to suit for damages 20-402168 (SUPREME COURT HAS AUTHORITY, Carson v. Green, 446 US 14 (1980) 6:18-cv-518, 6:18cv-412, 18-40672 AJTOI

In this same regard, courts are specifically immune from a damages suit for actions taken in the performance of their duties. *Mireles v. Waco*, 502 U.S. 9, 11 (1991). And judges are absolutely immune from suits for money damages for "all actions taken in the judge's judicial capacity, unless these actions are taken in the complete absence of all jurisdiction." *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993); *see also Mireles v. Waco*, 502 U.S. 9, 9 (1991) (acknowledging that a long line of Supreme Court precedents have found that a "judge is

*[Handwritten annotations at top:]* SUP. USA 20-40266 AUTHORITY, 18-40674, 18-40761
6:18-CV-518, 6:18-CV-472, 6:18-CV-259, 6:16CV-1260, 6:16CV-1261
SHALL PRODUCE GRIEVANCE(S), OR COMMIT TREASON. RON CLARK 6:22CV-44

immune from a suit for money damages"); *Caldwell v. Kagan*, 865 F. Supp. 2d 35, 42 (D.D.C. 2012) ("Judges have absolute immunity for any actions taken in a judicial or quasi-judicial capacity."). "The scope of the judge's jurisdiction must be construed broadly where the issue is the immunity of the judge." *Stump v. Sparkman*, 435 U.S. 349, 356 (1978). More, "a judge will not be deprived of immunity because the action he took was in error, was done maliciously, or was in excess of his authority." *Id.*; *see also Mireles*, 502 U.S. at 11 ("[J]udicial immunity is not overcome by allegations of bad faith or malice."). *Martinez*

*(10)* Finally, to whatever extent plaintiff seeks to revisit determinations other federal courts, such claims fail for want of jurisdiction. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *see also In re Marin*, 956 F.2d 339 (D.C. Cir. 1992); *Panko v. Rodak*, 606 F. 2d 168, 171 n.6 (7th Cir. 1979) ("[I]t it seems axiomatic that a lower court may not order the judges or officers of a higher court to take an action."); *United States v. Choi*, 818 F. Supp. 2d 79, 85 (D.D.C. 2011) (stating that federal district courts "generally lack[] appellate jurisdiction over other judicial bodies, and cannot exercise appellate mandamus over other courts"); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994) (applying *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983), and *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415, 416 (1923)), *aff'd*, No. 94-5079, 1994 WL 474995 (D.C. Cir. 1994).

*(11)* As such, the complaint is dismissed. An order consistent with this memorandum opinion is issued separately. *Judge Trevor N. McFadden is amended to this suit he cannot usurpate the Constitution. Art. VI* ___TREVOR N. McFADDEN___ *OATH OF HIS OFFICE*
United States District Judge

Dated: May 13, 2022

*Constitutes "Treason" per se. Marbury v. Madison, 5 U.S. (1 Cranch) 137, 165, 176-180 (1803), Congress make the laws, not the judicial department. 18 U.S. (5 Wheat) at 95. Lowell Green 10/3/2022*

10/25/2022 (5th) Cir 6:18-cv-513 20-40268
10/24/2022 U.S. Marshal Dallas 19-10208 (3:18-cv-2118)
#202215107 July 18 **United States District Court** 2022 8/27/2022
Grievance Code #701   Northern District of Texas   Investigator I.D. #1685
10/16/2022 10/12/2022, Warden Roger Boyd 9/22/22 Dallas Division 5th Cir 10/29/2022
10/31/2022, Tyler, Dallas, Houston,
11/9/2022
Filed 2/2022- 3/28/22 (Dismissed)
Lowell Quincy Green
#00518622
TDCJ Connally Unit    6:22-cv-44- JDK-KNM DKt 12 (Discovery) 8/29/2022
899 FM 632
Kenedy, TX 78119    11/23/2022 Dallas (all) claims, photo, 4:19-cv-942

EXHIBIT A. RETURN COPY

Re: Your correspondence received in the U.S. District Clerk's Office on 11/8/2022
Case No./Style: 3:22-cv-01248-N (Rebecca T. Rutherford) (6/2022)

Your case was transferred to the Western District of Texas, Waco Division and assigned case number 6:22-cv-609. We are returning your document(s) so you may file them in that district. The correct court address is:

U.S. District Clerk's Office    Tex. Public Safety P.O. Box 4087
800 Franklin Ave., Room 380    Austin, Texas 78773-0130
Waco, Texas 76701

262 W. Nueva Street San Antonio, Texas 78205
U.S. Dist. Court (11/2/2022) (3) plus Bub
Waco U.S. 11/2/2022 17-50528, Date stamped. 19-50037, 16-50522,
6:19-cv-008
U.S. Houston 11/7/2022 Gray H. Miller (4:18-cv-2435)(4:19-cv-00051) 1994-659
(2012-79122)
Mil. Wis 11/7/2022 / U.S. Marshal Waco, 11/8/2022 Dallas U.S. Marshal
Constable Walt Strickland 10/27/2022
U.S. Dallas & D.A. McLennan County, 04-13-00456-CR / 05-84-01170-CR
11/15/2022 Cumulation    Sincerely, 10-16-00938-CR
                        Deputy Clerk - axm
U.S. Atty 11/15/2022 / Tyler 11/15/2022
Washington, DC.
McLennan County Courthouse (All) 11/7/2022
U.S. Dallas 11/23/2022 19-10322/ 19-20208/ 3:22-cv-01248/6:22-cv-609
Court CCA 11/23/2022 (ALL) with trust account statement.

Schytera Dorsey. 18-40761(ALL) 7/23/2018 Mailroom Supervisor
# 22022/3954 8/19/2022 9/28/2022 Code 70/ Inv.@ID# 2008
10/13/2022 Warden Vernet A. Davis, U.S. Dallas 10/24/2022

Step 1 Grievance # 2022125107 4/ 8/29/22 D'ANN RICHARDS. I mailed
[illegible] with (FBI) D'ANN, ([illegible])

22-30151 (wR-82, 981-11)(9/4/2019)(4 [illegible])
[illegible] (IV-92, 981-09)([illegible])
17-50690 ([illegible])([illegible])([illegible])([illegible])
([illegible])

CCA 12/5/2022/ 5th Cir/ U.S.Sup/ J.R. Gimble/ McCreary/

~~BOP CCA (12/5/2022) COA~~
Sup.T.X (E.D.Kinkeade) 12/6/2022
SA 12/7/2022/ CCR 11.07 (2012-709-C2) (5:22-CV-01332-FB)

Griev.# 2020305705-2 code 815, ID# 1-1733.
Warden Davis, Officer Ramos, Capt. Wolford, Sgt. Herman, (11/28/2022)
                                                          12/8/2022
  Maid 12/14/2022

Judge Xavier Rodriguez                    Page 1 of 12
Case 5:22-cv-01395 v. "CONNALLY LAW LIBRARY"

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS "SAN ANTONIO

1.) LOWELL DEQUINCY GREEN, 518622 Established Xtrust Fund August 28, 1989 (DOC) from 3753 Bernal Drive Dallas, Texas 75212 August 10, 1989 (Jury Trial) 283/d District Court of Dallas County, Texas (30) Years, Tex. Penal Code §31.07 (UUMV) Begin Date: May 23, 1989,

2.) Green v. State, 05-89-01170-CR (Dallas June 11, 1990) affirmed and PDR-0592-90 (Tex. Crim. App. Dec. 12, 1990) ref'd.

3.) Ex parte Green, WR-82,981-07 (April 25, 2018) Cause No. F89-97008-LVT (Denied) illegal restraint without written orders

4. Green v. Davis, No. 3:18-cv-1459-M-BT N.D. Tex Dallas May 29, 2018 - May 23, 2019) 19-10322 (5th Cir.) LOWELL DEQUINCY GREEN has DISCHARGED (30) YEARS, FINAL STATE CLASSIFICATION. P.O. Box 99 Huntsville,

Page 1, See other side

Page 2 of 12

Tedas 77342. "Excessive" illegal and unauthorized punishment the Law Library employee Connally unit (Tamper)ing with Federal mail the OPEN 1/11/2023 a "Stolen" the Commitment sheet and bad indictment, the even charge for postage on unauthorized commitments, that is ignorance, the FBI (Mr. Scott A. Boyd) Documented the illegal activity with Major Todd, Capt. Husking, The O.I.G. Police KDS1775 Complaint #2100060853

(5) the Law Library Laney (Stolen Property (5:22-CV-01394) (2) MONEY ORDER(S) *19388888021* She actually OPen (5) Legal Mail and Returned by an "Unknown" African Mail 1/11/2022 Review Camera at the letter she wrote said You are over your limit (5) Legal per month

(6) She lied, because I can mail (5)

Page 3

legal per (week) BP-03-81 PD-22 Rule 41 (Prohibit) racist TDCJ officers from violating Access to Courts Tex. Penal code 8039.04 she committing a felony a became a criminal herself. When a guard or prison official official violates ~~a~~ a ~~penal code~~ you can file a sworn complaint to the District Attorney of the county and press criminal charges Tx Code Crim. Proc. Art. 15.05. When these low-life trash realize that the law of the State also applies to them within the confines of this razor wire that trash in the law library tampering with federal and state (Documents), from (Prison Justice League)" voices of the Incarcerated" Lowell Green ( 2012-709-22, 2012-790-22, 2012-791-22) WR-82-98+16. Member in good standing since 2015 (1405) Montopolis Drive

Page 3. see other side

78741 (6:15-cv-2850) illegal Life sentence (04-13-00456-CR San Antonio 2/19/2014) 16-50522 (5th Cir) (2015-2016) (6:17-cv-298) 17-50973

(7) (EXHAUSTION) OF REMEDIED NO. 5:22-cv-01394-XR JURY TRIAL DEMANDED PUNITIVE DAMAGE $7.25 Million Dollars. The Law Library will Pay all fees under "DEQUINY" (ens Legis) Corporation held for 40 illegal years 9/21/1982 Dallas. 19-10322.

(8) The Defendant Law Library Xerox Cause no. F82-90247-RU (@ 9/21/1982) and Signed her name for warden Puente when she (Open) that (Sealed) Federal Mail 1/11/2023. I declare and verify under penalty of perjury that the foregoing information is true and correct. 28 USC §1746. Lowell One

Lowell Green 518672

(9) I further state offender Simpson

Page 4.

12-A-49 is my witness to prove the law library (Females) target black inmates 1/6/2022 she locked him up and lied saying threatened her. He was written up. I certify that the Defendant's Law Library is @ served by hand delivery on Jan. 12, 2023, the refused to state their name but agreed to be sued or Mink v. Gonzales, 162 S.W. 3d 633 (Tex. App. Houston [14th Dist.] 2005). The Theft Liability Act provides that "[a] person (Correction officers) who commits theft is liable for the damages resulting from the theft". TEX. CIV. PRAC. and REM CODE ANN. § 134. 003(a). It further details the damages recoverable by a person who has been the victim

of ~~theft~~ Id. §134.005. Sovereign immunity does not, however, bar Green's ~~theft~~ allegations ~~several~~ against the Law Library (Female)(Does) in their individual ~~caused~~ capacities. See Harrison v. Tex. Dept. of Crim. Inst., 915 S.W.2d ~~982, 988~~ (Tex. App–Houston [1st Dist.] 1995, no writ)(holding that sovereign immunity did not justify dismissal of claims against state officials in their individual capacities).

9) Major Todd and Capt. Husting Fraud Disciplinary on a (Discharged) "DEQUINCY" held illegally the agreed to be sued, see Rat ~~Zlaft~~, 94 S.W.3d at 654 (holding that prisoner inmate's petition for judicial review of prison disciplinary proceeding had an arguable basis in law. (~~see~~ 5:22-cv-01394XR),

10. I HAVE RIGHTS AND IT IS THE COURTS

DUTIES TO ENFORCE MY ~~RIGHT~~ RIGHTS FIRST AMENDMENT (ACCESS TO THE COURTS) AND A RIGHT TO BE FREE FOR UNLAWFUL RESTRAINT. THE FIFTH IS NOT HIGHER THAN THE UNITED STATES CONSTITUTION SUPREME LAW OF THE LAND AND THERE NO STATUTE HIGHER THAN THE CONSTITUTION AND IF THE CONTINUE TO ERECT PETTY BARRIERS YOU WILL BE COMMITTING "TREASON." <u>Marbury v. Madison, 5 U.S. (1 Cranch) 137, 165, 176-80 (1803)</u> Congress did not confirm bad behavior to sit on the bench and bar, judicial legislating and amending the Constitution by personal opinion of what ought to be, what should, and what could be.

HOLDING

11. Plaintiff has served the Defendant's and enclosed the Money Order Receipt to be examine and (3:22-CV-01249) (6:22-CV-609) Deputy Clerk adm

Page 7. See other side

United States District Court, North District Clerk of Dallas of Texas 11/9/2022

Lowell Quincy Green #00518622 TDCJ Connally Unit 899 FM 632 Kenedy, TX 78119

Re: Your correspondence received in the

(12) U.S. District Clerk's office on 11/8/2022

(13) Case No./Style: 3:22-cv-01248-N

(14.) Your case was transferred to the Western District of Texas, Waco Division and assigned case Number 6:22-cv-609. We are returning your document(s) so you may file them in that district. The correct address is:

U.S. District Clerk's office
800 Franklin Ave., Room 380
Waco, Texas 76701

Sincerely,

(15) Deputy Clerk — cdm

16. Plaintiff contend the clerk's is the number one (problem). Their job is to file all pleadings before page 8.

a LIVE Judge and not dictate were pleadings should be filed. 19-10322 F82-90247 (void) 5 year Nov. 17, 1982-SID-TX 03036024 (291st) Dist. Court of Dallas County, Texas. Lowell DEQUINCY GREEN (3753 Bernal Drive Dallas, Texas 75212) Aggravated Robbery (illegal) Sept. 21, 1982. TDC# 346775

17. Cause No. F86-69827-LV (void) 6 years Dec. 16, 1986 SID-TX 03036024 (292nd) Dist. Court of Dallas County, Texas. Lowell DEQUINCY GREEN (3753 Bernal Drive Dallas, Texas, 75212) (UUMV) (illegal) TDC #440123. Nov. 19, 1986. 19-10322 (5th Cir)

18. Cause No. F89-97009-H (void) 30 years, 283rd Dist. Court Dallas County, Texas Aug. 10, 1989 SID-TX 03036024 (3753 Bernal Drive Dallas, Texas 75212) Lowell DEQUINCY GREEN May 23, 1989 TDC# 518622 (VOID) Green v. State, 05-89-01170 (Tex. App. Dallas June 11, 1990) affirmed (illegal) 30 Years (19-10322) Green v. Davis, 3:18-cv-1459-M-BT

Page 4. See other side

(N.D. Tex. May 29, 2018) illegal restraint (Ken Paxton Committed a Federal crime. (1994-659-c) 54th District Court of McLennan County, Texas (119 Roger Street McGregor, Texas 76057) Lowell Quincy Green December 07, 1994 (Poss. Cocaine) 25 years (void) Jan. 02, 1994 LID#62147 TDC#518622 SID TX 03036024 (3:18-cv-1459-M-BT)

19) Cause No. 0972126A 3rd Dist. Court of Tarrant County, Texas (3909) Longstraw, Watauga, Texas, Tarrant May 27, 2004 Lowell Quincy Green (void) 9 Months Sept. 2002 TDC# 518622 SID TX 03036024 (Offense) Unlawful restraint

20. Cause No. 2012-709-c2 54th Dist. Court of McLennan County, Texas (2408 Ethel Ave Apt A) Waco, Texas Lowell Quincy Green May 15, 2013

21) (VOID) LIFE SENTENCE Aggravated Robbery (illegal) Cumulation 291st Dist. Court of Dallas County, Texas Cause no. F82-90247-RV (stipulation),

Page 10.

Page 11 of 12

May 15, 2013. Green v. State (No.04-13-00456-CR) Fourth Court of Appeals San Antonio)(illegal) appeal (Fraud) and PDR-0343-14 (FRAUD).

(22) Ex parte Green, WR-82,981-02 (6:15-cv-285) the entire records (Ken Paxton) 16-50522, "TREASON" 19-10322 (Ken Paxton)(3:18-cv-1459-M-BT)(WR-82,981-07)(3:22-cv-1248

(23) ~~(12-09)~~ (5:22-cv-01394-XR)(12/27/2022) Filed

(24) (P.12) Conclusion (FBI) has Jurisdiction, 18 USC § 1965, (39 S.W.3d at 253) n.14, Courts-12 (2,20), 489 (9) Racketeering Influenced and Corrupt Organization Act (RICO. n.21, Courts-12 (2,28) If the plaintiff seeks to pierce the ~~corporation~~ Corporate veil through theories of "alter ego" fraud (~~...~~)(2012-709-2) firearm "or" BB Handgun. Abel Reyna. District Attorney. April 11, 2012 McLennan County (6:15-cv-285) (Walter S. Smith, Jr)(Jeffrey C. Manske).

Page 11, See other side

(Robert L. Pitman) violated Federal law. Jeannette Clark shall produce all My EXHIBITS 9/15/2015 Filed W.D. TX Corruption (25) (Alter) Ego (Alan D. Albright) (WR-82,981-12) (2012-709-12) No. 6:21-CV-405 (W.D.Tex.2021) Contempt of Court. 18 USC 401(1)(2012)

Nuff said.

Lowell Green 1/12/2023

Lowell B Green #518622
Connally unit
899 FM 632
Kenedy, TX 78119