UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **LOWELL Q. GREEN, TDCJ #00518622** § § | |
| **Plaintiff,** § § | **SA-23-CV-0107-FB** |
| **v.** § § | |
| **LAW LIBRARY EMPLOYEE,** § **CONNALLY UNIT, ET AL.,** § § | |
| **Defendants.** § | |

### FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal denying Plaintiff Lowell Q. Green's presumed request to proceed *in forma pauperis*, dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), and to the extent he seeks relief pursuant to 28 U.S.C. § 2254, denying his application for want of jurisdiction, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Lowell Q. Green's presumed request to proceed IFP is **DENIED** and his 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that to the extent Plaintiff Lowell Q. Green seeks relief pursuant to 28 U.S.C. § 2254, his application is **DISMISSED FOR WANT OF JURISDICTION** because he has not obtained prior approval to file a successive habeas corpus application.

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

SIGNED this 31st day of January, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE